Bruce H. Sales
Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908.654.5000
Fax:  908.654.7866

*Attorneys for Plaintiff Jimmy's Chocolate Chip Cookies, LLC*

**Document Filed Electronically**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JIMMY'S CHOCOLATE CHIP COOKIES, LLC, | : | Civil Action No. 11-2152-DMC-JAD |
| | : | |
| Plaintiff, | : | District Judge Dennis M. Cavanaugh |
| v. | : | Magistrate Judge Joseph A. Dickson |
| | : | |
| NATURE'S SELECT FOOD GROUP, LLC, | : | |
| | : | |
| Defendant. | x | |

### REQUEST TO ENTER DEFAULT FOR
### DEFENDANT NATURE'S SELECT FOOD GROUP, LLC

To:   William T. Walsh, Clerk
      United States District Court
      District of New Jersey

Plaintiff Jimmy's Chocolate Chip Cookies, LLC, hereby requests that the Clerk of the United States District Court for the District of New Jersey enter default in this action against defendant Nature's Select Food Group, LLC pursuant to Fed. R. Civ. P. 55(a) on the ground that this defendant has failed to plead or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On May 11, 2011, a copy of the Summons and Complaint was served upon defendant Nature's Select Food Group, LLC.  A copy of the returned Affidavit of Service (Dkt.5) for the

defendant, as filed with the Court, is attached as Exhibit A. Pursuant to Fed. R. Civ. P. 12(a), an answer or other pleading responsive to plaintiff's Complaint was due on or before June 1, 2011. No answer or responsive pleading has been served by the defendant, and no application for an extension of time in which to answer or respond was served or filed.

    Plaintiff Jimmy's Chocolate Chip Cookies, LLC respectfully requests that the Clerk sign the attached Certificate of Default for defendant Nature's Select Food Group, LLC in the above-identified action, and provide a copy to plaintiff's attorneys.

                                                                              Respectfully submitted,

                                                                              LERNER, DAVID, LITTENBERG,
                                                                                KRUMHOLZ & MENTLIK, LLP
                                                                              *Attorneys for Plaintiff Jimmy's Chocolate Chip Cookies, LLC*

Dated:     August 5, 2011           By:   s/ Gregg A. Paradise
                                                                                Gregg A. Paradise
                                                                                Tel: 908.654.5000
                                                                                E-mail:gparadise@ldlkm.com
                                                                                      litigation@ldlkm.com