```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY


JIMMY'S CHOCOLATE CHIP COOKIES, LLC
          Plaintiff(s),
                               :      Civ. 2:11cv2152(DMC)

          v.                   :   NOTICE OF CALL FOR DISMISSAL
                                   PURSUANT TO L. Civ. R. 41.1
NATURE'S SELECT FOOD GROUP, LLC :
          Defendant(s).
                               :
```

PLEASE TAKE NOTICE, That the above case, having been pending for more than four months without any proceeding having been taken therein, will be called at Court Room No. 4, U.S. Post Office and Courthouse, Newark, New Jersey on 15 October, 2012 9:30a.m. or as soon thereafter as the same may be reached, and unless sufficient reason to the contrary is shown, the case will be dismissed in accordance with L. Civ. R. 41.1 of the Local Rules of this Court.

                                    WILLIAM T. WALSH, CLERK


                              by:   S/SCOTT P. CREEGAN
                                    Scott P. Creegan, Deputy Clerk

DATE: 4 October 2012

To: JUDGE CAVANAUGH
    JUDGE DICKSON
    GREGG PARADISE, via cm/ecf