Bruce H. Sales
Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:     908.654.5000
Fax:    908.654.7866
*Attorneys for Plaintiff Jimmy's Chocolate Chip Cookies, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| JIMMY'S CHOCOLATE CHIP COOKIES, LLC, | : | **Document Filed Electronically** |
|---|---|---|
| | : | Civil Action No. 11-2152-DMC-JAD |
| Plaintiff, | : | |
| v. | : | District Judge Dennis M. Cavanaugh |
| | : | Magistrate Judge Joseph A. Dickson |
| NATURE'S SELECT FOOD GROUP, LLC, | : | |
| Defendant. | x | |

### NOTICE OF DISMISSAL OF ACTION AGAINST DEFENDANT
### NATURE'S SELECT FOOD GROUP, LLC WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), before the defendant Nature's Select Food Group, LLC has filed an answer or other pleading, plaintiff Jimmy's Chocolate Chip Cookies, LLC, through its undersigned attorney, hereby voluntarily dismisses without prejudice all claims in the Complaint against Nature's Select Food Group, LLC.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LERNER, DAVID, LITTENBERG,
　　　　　　　　　　　　　　　　　　  KRUMHOLZ & MENTLIK, LLP
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　  *Jimmy's Chocolate Chip Cookies, LLC*

Dated: October 8, 2012　　　　　　By:    s/ Gregg A. Paradise
　　　　　　　　　　　　　　　　　　Gregg A. Paradise
　　　　　　　　　　　　　　　　　　Tel:    908.654.5000
　　　　　　　　　　　　　　　　　　E-mail: gparadise@ldlkm.com
　　　　　　　　　　　　　　　　　　           litigation@ldlkm.com