Bruce H. Sales
Gregg A. Paradise
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Jimmy's Chocolate Chip Cookies, LLC*

CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JIMMY'S CHOCOLATE CHIP COOKIES, LLC, | : : : | **Document Filed Electronically** |
| Plaintiff, | : : | Civil Action No. 11-2152-DMC-JAD |
| v. | : : | District Judge Dennis M. Cavanaugh |
| NATURE'S SELECT FOOD GROUP, LLC, | : : : | Magistrate Judge Joseph A. Dickson |
| Defendant. x | | |

### NOTICE OF DISMISSAL OF ACTION AGAINST DEFENDANT
### NATURE'S SELECT FOOD GROUP, LLC WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), before the defendant Nature's Select Food Group, LLC has filed an answer or other pleading, plaintiff Jimmy's Chocolate Chip Cookies, LLC, through its undersigned attorney, hereby voluntarily dismisses without prejudice all claims in the Complaint against Nature's Select Food Group, LLC.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff
Jimmy's Chocolate Chip Cookies, LLC*

Dated: October 8, 2012

By:   s/ Gregg A. Paradise
Gregg A. Paradise
Tel:   908.654.5000
E-mail: gparadise@ldlkm.com
       litigation@ldlkm.com

10/10/12
SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.

2926561_1.docx